# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
MOHAMMAD SHARIFULLAH, ) Case No. 1:25-mj-144
Also known as "Jafar," )
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2016 to present__ in the city/county of __N/A__ in the __outside of any__ District of __the United States__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Providing and Conspiring to Provide Material Support or Resources to Designated Foreign Terrorist Organizations Resulting in Death |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Troy A. Edwards, Jr. AUSA
*Printed name and title*

*Seth Parker*
*Complainant's signature*

Seth Parker, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means)*.

Date: __March 2, 2025__

City and state: __Alexandria, Virginia__

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.03.02 20:50:32 -05'00'
*Judge's signature*

Hon. Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*